THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
JOSEPH O. JOHNS (SBN 144524)
Assistant United States Attorney
    1300 U.S. Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-4536/2451
    Facsimile: (213) 894-7631
    Email: joseph.johns@usdoj.gov
JOHN C. CRUDEN
Acting Assistant Attorney General
ELINOR COLBOURN
Senior Trial Attorney
Environmental Crimes Section
Environment & Natural Resources Division
U.S. Department of Justice
    601 D. St., NW
    Washington, DC 20004
    Telephone: (202) 305-0205
    Facsimile: (202) 305-0397
    Email: elinor.colbourn@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR-07-00449-PSG |
|---|---|---|
| Plaintiff, | ) | GOVERNMENT'S RESPONSE TO PRESENTENCE REPORT |
| v. | ) | |
| PETER X. LAM, | ) | Date: May 18, 2009 |
| Defendant. | ) | Time: 3:00 p.m. |

Plaintiff United States of America, by and through undersigned counsel, hereby submits its response to the presentence report. This response is based on

the attached Memorandum of Points and Authorities, and the files and records in this case.

DATED: April 28, 2009.

Respectfully submitted,

THOMAS P. O'BRIEN
United States Attorney

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

_____
JOSEPH O. JOHNS
Assistant U.S. Attorney

_____/for/ E.C.
ELINOR COLBOURN
Senior Trial Attorney

Attorneys for Plaintiff
United States of America

# MEMORANDUM OF POINTS AND AUTHORITIES

## I

## THE PRESENTENCE REPORT

### A. Factual Objections

The government has no objections to the facts, but wishes to clarify for the record the following statements that are not material but are not entirely accurate:

Part A, ¶ 8 - Virginia Star did not transfer all of the product imported to Blue Ocean; Virginia Star sold some of the product without transferring it, and other product it transferred to other related companies, including Silver Seas.

Part A, ¶ 11 - The "other employee" also acted as a salesperson at least in part - his name appears on invoices.

### B. Guidelines Application Objections

The government does not object to the probation officer's calculation of defendant's adjusted offense level (26).